UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/18
```

WESCO INSURANCE COMPANY and
TECHNOLOGY INSURANCE COMPANY,
INC.,

    Plaintiffs,

v.

PERSONNEL STAFFING GROUP, LLC,

    Defendant.

Civil Action No. 1:18-cv-03771-PGG

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY stipulated and agreed by and between the undersigned counsel for plaintiffs, Wesco Insurance Company and Technology Insurance Company, Inc. ("Plaintiffs"), and defendant, Personnel Staffing Group, LLC ("Defendant"), that the time within which Defendant must answer, move, or otherwise respond to Plaintiffs' Complaint is hereby extended until August 20, 2018. One previous 30 day extension was requested and granted by this Court.

*Signature page to follow*

Dated: July 19, 2018
New York, New York

| FREEBORN & PETERS LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP |
|---|---|
| Daniel Hargraves<br>Andrew J. Costigan<br>The Helmsley Building<br>230 Park Avenue, Suite 630<br>New York, New York 10169<br>212-218-8760<br>dhargraves@freeborn.com<br>acostigan@freeborn.com | Paul D. Sarkozi<br>Alexandra Kamenetsky Shea<br>900 Third Avenue<br>New York, New York 10022<br>212-508-6700<br>Sarkozi@thsh.com<br>Shea@thsh.com |
| *Counsel for Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.* | *Counsel for Defendant Personnel Staffing Group, LLC* |

The July 26, 2018 conference is adjourned to August 23, 2018 at 10:15 A.M.

SO ORDERED:

_____
Hon. Paul G. Gardephe
United States District Judge

July 23, 2018