UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESCO INSURANCE COMPANY and
TECHNOLOGY INSURANCE COMPANY,
INC.,

       Plaintiffs,

   v.

PERSONNEL STAFFING GROUP, LLC,

       Defendant.

Civil Action No. 1:18-cv-03771-PGG

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Paul D. Sarkozi, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendant Personnel Staffing Group, LLC in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated: New York, New York
       August 20, 2018

**TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP**

/s/ Paul D. Sarkozi
Paul D. Sarkozi
900 Third Avenue
New York, New York 10022
212-508-6700
Sarkozi@thsh.com

*Counsel for Defendant Personnel Staffing Group, LLC*