UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESCO INSURANCE COMPANY and
TECHNOLOGY INSURANCE COMPANY,
INC.,

   Plaintiffs,

 v.

PERSONNEL STAFFING GROUP, LLC,

   Defendant.

Civil Action No. 1:18-cv-03771-PGG

**NOTICE OF APPEARANCE**

---

  **PLEASE TAKE NOTICE** that Alexandra Kamenetsky Shea, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendant Personnel Staffing Group, LLC in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated: New York, New York
   August 20, 2018

              **TANNENBAUM HELPERN SYRACUSE
              & HIRSCHTRITT LLP**

              /s/ Alexandra Kamenetsky Shea
              Alexandra Kamenetsky Shea
              900 Third Avenue
              New York, New York 10022
              212-508-6700
              Shea@thsh.com

              *Counsel for Defendant Personnel Staffing
              Group, LLC*