UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESCO INSURANCE COMPANY and
TECHNOLOGY INSURANCE COMPANY,
INC.,

       Plaintiffs,

v.

PERSONNEL STAFFING GROUP, LLC,

       Defendant.

Civil Action No. 1:18-cv-03771-PGG

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Personnel Staffing Group, LLC by and through its counsel, states that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       August 20, 2018

                                    TANNENBAUM HELPERN SYRACUSE
                                    & HIRSCHTRITT LLP

                                    /s/ Alexandra Kamenetsky Shea
                                    Paul D. Sarkozi
                                    Alexandra Kamenetsky Shea
                                    900 Third Avenue
                                    New York, New York 10022
                                    212-508-6700
                                    Sarkozi@thsh.com
                                    Shea@thsh.com

                                    *Counsel for Defendant Personnel Staffing Group, LLC*