```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE COMP ANY and
TECHNOLOGY INSURANCE COMP ANY,
INC.,

               Plaintiff,

v.

PERSONNEL STAFFING GROUP, LLC,

               Defendant.

**ORDER**

18 Civ. 3771 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will engage in settlement discussions for the next thirty days. On or before **September 24, 2018**, the parties will submit a joint letter addressing (1) the status of settlement negotiations; and (2) whether it is necessary for the Court to enter a case management plan.

Dated: New York, New York
       August 23, 2018

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge