

DANIEL HARGRAVES
Partner

Freeborn & Peters LLP
*Attorneys at Law*
The Helmsley Building
230 Park Avenue, Suite 630
New York, NY 10169

(212) 218-8766 direct
(212) 218-8761 fax

dhargraves@freeborn.com

www.freeborn.com

September 24, 2018

**VIA ECF AND FEDERAL EXPRESS**

The Honorable Paul G. Gardephe
United States District Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: **Wesco Insurance Company and Technology Insurance Company, Inc.
v. Personnel Staffing Group, LLC; Civil Action No.: 18-civ-03771 (PGG)
Joint Status Letter Regarding Settlement and Case Management Plan**

Dear Judge Gardephe:

  In accordance with the Court's August 23, 2018 Order, the parties submit this joint status letter.

  In their complaint, Wesco Insurance Company and Technology Insurance Company, Inc. (collectively, the "Plaintiffs") assert claims for breach of contract relating to Personnel Staffing Group, LLC's ("PSG") alleged failure to permit an audit and to pay final premium due on two workers' compensation and employers' liability insurance policies.

  We appeared before the Court on August 23, 2018 for an Initial Pretrial Conference. The parties advised the Court that they were engaged in discussions to resolve issues relating to the specific payroll information sought by Plaintiffs which would be necessary to complete the audit. The Court entered a stay of action in order to permit the parties to continue settlement discussions and directed the parties to report back by today with regard to: (1) the status of settlement negotiations; and (2) whether it is necessary for the Court to enter a case management plan.

  Since August 23, 2018, PSG has provided the additional specific payroll information that the Plaintiffs requested and that the Plaintiffs are now using to conduct an audit. After the Plaintiffs' completion of the audit, which is expected to take several weeks, the parties hope to be able to agree on a final resolution of this matter.



The Honorable Paul G. Gardephe
September 24, 2018
Page 2

      In order to allow those settlement discussions to continue, counsel for the parties jointly request that the Court extend the stay of this action an additional nine weeks to November 26, 2018.

      We thank the Court for its consideration.

_____
Daniel Hargraves
Andrew J. Costigan
FREEBORN & PETERS LLP
The Helmsley Building
230 Park Avenue, Suite 630
New York, New York 10169
212-218-8760
dhargraves@freeborn.com
acostigan@freeborn.com

*Counsel for Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.*

_____
Paul D. Sarkozi
Alexandra Kamenetsky Shea
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
212-508-6700
sarkozi@thsh.com
shea@thsh.com

*Counsel for Defendant Personnel Staffing Group, LLC*

cc:    Nathan A. Shev, Esq. (Sperling & Slater, P.C.)