

**FREEBORN & PETERS LLP**

DANIEL HARGRAVES
Partner

Freeborn & Peters LLP
Attorneys at Law
The Helmsley Building
230 Park Avenue, Suite 630
New York, NY 10169

(212) 218-8766 direct
(212) 218-8761 fax

dhargraves@freeborn.com

www.freeborn.com

April 1, 2019

**VIA ECF AND FACSIMILE (212) 805-7986**

The Honorable Paul G. Gardephe
United States District Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: **Wesco Insurance Company and Technology Insurance Company, Inc.
v. Personnel Staffing Group, LLC; Civil Action No.: 18-civ-03771 (PGG)
Joint Status Letter Regarding Settlement and Case Management Plan**

Dear Judge Gardephe:

      In accordance with the Court's February 28, 2019 Order, the parties submit this joint status letter.

      This action was brought by Wesco Insurance Company and Technology Insurance Company, Inc. asserting claims for breach of contract by Personnel Staffing Group, LLC for its alleged failure to permit an audit and to pay final premium due on two workers' compensation and employers' liability insurance policies.

      Following the parties' February 25, 2019 joint letter to the Court, the parties have been involved in settlement discussions but have not yet been able to resolve the dispute. We respectfully request that the stay be extended 30 days, until May 1, 2019, to give the parties additional time to reach a settlement.

      We thank the Court for its consideration, and we are available at the Court's convenience to address any questions or concerns.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 4, 2019

Chicago, IL • New York, NY • Richmond, VA • Springfield, IL • Tampa, FL



FREEBORN & PETERS LLP

The Honorable Paul G. Gardephe
April 1, 2019
Page 2

Daniel Hargraves
Andrew J. Costigan
FREEBORN & PETERS LLP
The Helmsley Building
230 Park Avenue, Suite 630
New York, New York 10169
212-218-8760
dhargraves@freeborn.com
acostigan@freeborn.com

Paul D. Sarkozi
Alexandra Kamenetsky Shea
TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
212-508-6700
sarkozi@thsh.com
shea@thsh.com

*Counsel for Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.*

*Counsel for Defendant Personnel Staffing Group, LLC*

cc: Nathan A. Shev, Esq. (Sperling & Slater, P.C.)
    Fax: (312) 641-3200