

**FREEBORN & PETERS LLP**

ANDREW J. COSTIGAN
Partner

Freeborn & Peters LLP
*Attorneys at Law*
The Helmsley Building
230 Park Avenue, Suite 630
New York, NY 10169

(212) 218-8765 direct
(212) 218-8761 fax

acostigan@freeborn.com

www.freeborn.com

May 1, 2019

<u>**VIA ECF AND FACSIMILE (212) 805-7986**</u>

The Honorable Paul G. Gardephe
United States District Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **Wesco Insurance Company and Technology Insurance Company, Inc. v. Personnel Staffing Group, LLC; Civil Action No.: 18-civ-03771 (PGG)**
       <u>**Joint Status Letter Regarding Settlement and Case Management Plan**</u>

Dear Judge Gardephe:

  In accordance with the Court's April 4, 2019 Order, the parties submit this joint status letter.

  This action was brought by Wesco Insurance Company and Technology Insurance Company, Inc. asserting claims for breach of contract by Personnel Staffing Group, LLC for its alleged failure to permit an audit and to pay final premium due on two workers' compensation and employers' liability insurance policies.

  Following the parties' April 1, 2019 joint letter to the Court, the parties have been involved in settlement discussions and remain in negotiations and hopeful that they can resolve the dispute. We respectfully request that the stay be extended five weeks, until June 5, 2019 to give the parties additional time to reach a settlement.

  We thank the Court for its consideration, and we are available at the Court's convenience to address any questions or concerns.


**FREEBORN & PETERS LLP**

Case 1:18-cv-03771-PGG   Document 28   Filed 05/01/19   Page 2 of 2

The Honorable Paul G. Gardephe
May 1, 2019
Page 2

_Andrew J. Costigan_
Daniel Hargraves
FREEBORN & PETERS LLP
The Helmsley Building
230 Park Avenue, Suite 630
New York, New York 10169
212-218-8760
acostigan@freeborn.com
dhargraves@freeborn.com

*Counsel for Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.*

Paul D. Sarkozi
Alexandra Kamenetsky Shea
TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
212-508-6700
sarkozi@thsh.com
shea@thsh.com

*Counsel for Defendant Personnel Staffing Group, LLC*

cc:  Nathan A. Shev, Esq. (Sperling & Slater, P.C.)
     Fax: (312) 641-6492