IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiffs <br><br> v. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant | Civil Action No. 1:18-cv-03771-PGG <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Greg Shinall, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Defendant in the above-captioned action.

I am in good standing of the Bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 9, 2019

Respectfully Submitted,

Greg Shinall

Applicant's Name: Greg Shinall
Firm Name: Sperling & Slater, P.C.
Address: 55 West Monroe Street, Suite 3200
City/State/Zip: Chicago, IL 60603
Telephone/Fax: 312-641-4873
E-Mail: shinall@sperling-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **AFFIDAVIT OF GREG SHINALL** |

### AFFIDAVIT OF GREG SHINALL, ESQ.

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

GREG SHINALL hereby testifies as follows:

1. I am a partner with Sperling & Slater, P.C, counsel for Personnel Staffing Group, LLC in this action. I am over the age of 18, and I submit this affidavit in support of my Motion for Admission Pro Hac Vice.

2. I am a member in good standing of the bar of the state of Illinois.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. A true and correct copy of a certificate of good standing from the State Bar of Illinois is attached hereto at <u>Exhibit A</u>.

6. There are no disciplinary proceedings presently against me.

*/s/ Greg Shinall*

Subscribed and sworn to before me
this 9th day of May, 2019

Notary Public  *Jacqueline Obrecki*
My Commission expires on  *12/7/22*

OFFICIAL SEAL
JACQUELINE OBRECKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/07/22

# EXHIBIT A



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/9/2019

Re: Greg Shinall
Attorney No. 6204392

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Greg Shinall was admitted to practice law in Illinois on 11/8/1990; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> V. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **DECLARATION OF ALEXANDRA KAMENETSKY SHEA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Alexandra Kamenetsky Shea, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am associate in the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, located at 900 Third Avenue, New York, New York, 10022. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, for an Order granting Greg Shinall admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to appear and participate as counsel for the Defendant in the above-captioned action.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Affidavit of Greg Shinall in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the affidavit is true and correct. Greg Shinall is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for

[1095208-1]

the admission *pro hac vice* of Greg Shinall to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: May 28, 2019

Alexandra Kamenetsky Shea

[1095208-1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> V. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE OF** <br> **GREG SHINALL** |

  The motion of Greg Shinall, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

        Applicant's Name: Greg Shinall
        Firm Name: Sperling & Slater, P.C.
        Address: 55 West Monroe Street, Suite 3200
        City/State/Zip: Chicago, IL 60603
        Telephone/Fax: 312-676-4873
        E-Mail: Shinall@sperling-law.com

  Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant in the above entitled action;

  **IT IS HEREBY ORDERED** that Greg Shinall is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

[1095145-1]

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                United States District / Magistrate Judge

[1095145-1]