IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC.,<br><br>Plaintiffs<br><br>v.<br><br>PERSONNEL STAFFING GROUP, LLC,<br><br>Defendant | Civil Action No. 1:18-cv-03771-PGG<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Nathan A Shev, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Defendant in the above-captioned action.

I am in good standing of the Bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 13, 2019

Respectfully Submitted,

_/s/ Nathan A Shev_
Nathan A Shev

Applicant's Name: Nathan A Shev
Firm Name: Sperling & Slater, P.C.
Address: 55 West Monroe Street, Suite 3200
City/State/Zip: Chicago, IL 60603
Telephone/Fax: 312-641-5846
E-Mail: Nshev@sperling-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> V. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **AFFIDAVIT OF NATHAN A. SHEV** |

### AFFIDAVIT OF NATHAN A. SHEV, ESQ.

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF COOK         )

NATHAN A. SHEV hereby testifies as follows:

1. I am an associate with Sperling & Slater, P.C, counsel for Personnel Staffing Group, LLC in this action. I am over the age of 18, and I submit this affidavit in support of my Motion for Admission Pro Hac Vice.

2. I am a member in good standing of the bar of the state of Illinois.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. A true and correct copy of a certificate of good standing from the State Bar of Illinois is attached hereto at Exhibit A.

6.  There are no disciplinary proceedings presently against me.

*Nathan A. Shev*

Nathan A. Shev

Subscribed and sworn to before me
this 13th day of May, 2019

*Vicki S. Guth*

> VICKI G GUTH
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires Nov 10, 2020

Notary Public
My Commission expires on: Nov. 10, 2020

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Nathan Andrew Shev

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2009 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 3rd day of June, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

WESCO INSURANCE COMPANY and
TECHNOLOGY INSURANCE COMPANY,
INC.,

        Plaintiff,

V.

PERSONNEL STAFFING GROUP, LLC,

        Defendant.

Civil Action No. 1:18-cv-03771-PGG

**DECLARATION OF
ALEXANDRA KAMENETSKY SHEA
IN SUPPORT OF MOTION FOR
ADMISSION
PRO HAC VICE**

---

I, Alexandra Kamenetsky Shea, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.    I am associate in the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, located at 900 Third Avenue, New York, New York, 10022. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, for an Order granting Nathan A. Shev admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to appear and participate as counsel for the Defendant in the above-captioned action.

2.    I am a member in good standing of the bar of this Court.

3.    I have reviewed the Affidavit of Nathan A. Shev in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the affidavit is true and correct. Nathan A. Shev is fully familiar with the facts of this case.

[1095041-1]

4.      Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Nathan A. Shev to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: May 28, 2019

_____
Alexandra Kamenetsky Shea

[1095041-1]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> V. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF NATHAN A. SHEV** |

The motion of Nathan A. Shev, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

> Applicant's Name: Nathan A. Shev
> Firm Name: Sperling & Slater, P.C.
> Address: 55 West Monroe Street, Suite 3200
> City/State/Zip: Chicago, IL 60603
> Telephone/Fax: 312-676-5846
> E-Mail: Nshev@sperling-law.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Nathan A. Shev is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

[1095085-1]

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge

[1095085-1]