UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> V. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **ORDER FOR ADMISSION PRO HAC VICE OF NATHAN A. SHEV** |

The motion of Nathan A. Shev, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

> Applicant's Name: Nathan A. Shev
> Firm Name: Sperling & Slater, P.C.
> Address: 55 West Monroe Street, Suite 3200
> City/State/Zip: Chicago, IL 60603
> Telephone/Fax: 312-676-5846
> E-Mail: Nshev@sperling-law.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant in the above entitled action;

**IT IS HEREBY ORDERED** that Nathan A. Shev is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

[1095085-1]

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: *June 11, 2019*

*Paul␣␣␣␣␣␣Sandyl*
United States District /~~Magistrate~~ Judge

[1095085-1]