UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONNEL STAFFING GROUP, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Carl F. Regelmann, an attorney duly admitted to practice before this Court, of the law firm Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby appears on behalf of Defendant Personnel Staffing Group, LLC in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated: New York, New York
       June 11, 2019

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

/s/ Carl F. Regelmann
Carl F. Regelmann
900 Third Avenue
New York, New York 10022
212-508-6700
Regelmann@thsh.com

*Counsel for Defendant Personnel Staffing Group, LLC*