UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br>      Plaintiffs, <br><br>    v. <br><br>PERSONNEL STAFFING GROUP, LLC, <br><br>      Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Nathan A. Shev, an attorney duly admitted to practice before this Court *pro hac vice*, of the law firm Sperling & Slater, P.C., hereby appears on behalf of Defendant Personnel Staffing Group, LLC in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated: New York, New York
       June 18, 2019

                                          **SPERLING & SLATER, P.C.**

                                          */s/ Nathan A. Shev*
                                          Nathan A. Shev
                                          55 W. Monroe Street, Suite 3200
                                          Chicago, IL 60603
                                          (312) 641-3200
                                          nshev@sperling-law.com

                                          *Counsel for Defendant Personnel Staffing Group, LLC*