UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>PERSONNEL STAFFING GROUP, LLC, <br><br>　　　　　Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Greg Shinall, an attorney duly admitted to practice before this Court *Pro Hac Vice,* of the law firm Sperling & Slater, P.C., hereby appears on behalf of Defendant Personnel Staffing Group, LLC in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notification, or other information relating to this matter be addressed to me at the address below, and that I be added as counsel for Defendant on the Docket Sheet.

Dated: New York, New York June 20, 2019

**SPERLING & SLATER, P.C.**

*/s/ Greg Shinall*
Greg Shinall, *Pro Hac Vice*
55 West Monroe Street, Suite 3200
Chicago, IL 60603
shinall@sperling-slater.com

*Counsel for Defendant Personnel Staffing Group, LLC*