AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br> *Plaintiff* <br> v. <br> PERSONNEL STAFFING GROUP, LLC, <br> *Defendant* | ) ) ) ) ) ) Case No. 1:18-cv-03771-PGG |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.

Date: 08/02/2019

*Attorney's signature*

Andrew J. Costigan
*Printed name and bar number*

Freeborn & Peters LLP
The Helmsley Buliding
230 Park Avenue, Suite 630
New York, New York 10169
*Address*

acostigan@freeborn.com
*E-mail address*

(212) 218-8760
*Telephone number*

(212) 218-8761
*FAX number*