

FREEBORN & PETERS LLP

ANDREW J. COSTIGAN
Partner

Freeborn & Peters LLP
*Attorneys at Law*
The Helmsley Building
230 Park Avenue, Suite 630
New York, NY 10169

(212) 218-8765 direct
(212) 218-8761 fax

acostigan@freeborn.com

www.freeborn.com

August 2, 2019

**<u>VIA ECF AND FACSIMILE (212) 805-7986</u>**

The Honorable Paul G. Gardephe
United States District Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  **Wesco Insurance Company and Technology Insurance Company, Inc.
> <u>v. Personnel Staffing Group, LLC; Civil Action No.: 18-civ-03771 (PGG)</u>**

Dear Judge Gardephe:

We represent plaintiff Wesco Insurance Company and Technology Insurance Company, Inc. ("Wesco") in the above-referenced matter. We respectfully request that the Court So-Order the enclosed Joint Stipulation and Order Extending Time for Plaintiffs to Answer or Otherwise Respond to Defendant's Counterclaims.

Thank you for your kind consideration.

Very truly yours,

Andrew J. Costigan

Enclosure

cc:   Paul D. Sarkozi (*via ECF and email*)
      Alexandra Kamenetsky Shea (*via ECF and email*)
      Carl F. Regelmann (*via ECF and email*)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WESCO INSURANCE COMPANY and
TECHNOLOGY INSURANCE COMPANY,
INC.,

        Plaintiffs,

    v.

PERSONNEL STAFFING GROUP, LLC,

        Defendant.

Civil Action No. 1:18-cv-03771-PGG

**STIPULATION AND ORDER**
**EXTENDING TIME FOR**
**PLAINTIFFS TO ANSWER OR**
**OTHERWISE RESPOND TO**
**DEFENDANT'S COUNTERCLAIMS**

IT IS HEREBY stipulated and agreed by and between the undersigned counsel for plaintiffs,

Wesco Insurance Company and Technology Insurance Company, Inc. ("Plaintiffs"), and defendant,

Personnel Staffing Group, LLC ("Defendant"), that the time within which Plaintiffs must answer,

move, or otherwise respond to Defendant's counterclaims is hereby extended until August 16,

2019.

*Signature page to follow*

Dated: August 1, 2019
New York, New York

**FREEBORN & PETERS LLP**

Andrew J. Costigan
The Helmsley Building
230 Park Avenue, Suite 630
New York, New York 10169
212-218-8760
dhargraves@freeborn.com
acostigan@freeborn.com

*Counsel for Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.*

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

Paul D. Sarkozi
Alexandra Kamenetsky Shea
Carl F. Regelmann
900 Third Avenue
New York, New York 10022
212-508-6700
Sarkozi@thsh.com
Shea@thsh.com

*Counsel for Defendant Personnel Staffing Group, LLC*

SO ORDERED:

Hon. Paul G. Gardephe
United States District Judge