UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESCO INSURANCE COMPANY and TECHNOLOGY INSURANCE COMPANY, INC., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>PERSONNEL STAFFING GROUP, LLC, <br><br>　　　　　Defendant. | Civil Action No. 1:18-cv-03771-PGG <br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS** |

IT IS HEREBY stipulated and agreed by and between the undersigned counsel for plaintiffs, Wesco Insurance Company and Technology Insurance Company, Inc. ("Plaintiffs"), and defendant, Personnel Staffing Group, LLC ("Defendant"), that the time within which Plaintiffs must answer, move, or otherwise respond to Defendant's counterclaims is hereby extended until August 16, 2019.

*Signature page to follow*

Dated: August 1, 2019
New York, New York

| | |
|---|---|
| **FREEBORN & PETERS LLP** | **TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP** |
| /s/ Andrew J. Costigan | /s/ Paul D. Sarkozi |
| Andrew J. Costigan | Paul D. Sarkozi |
| The Helmsley Building | Alexandra Kamenetsky Shea |
| 230 Park Avenue, Suite 630 | Carl F. Regelmann |
| New York, New York 10169 | 900 Third Avenue |
| 212-218-8760 | New York, New York 10022 |
| dhargraves@freeborn.com | 212-508-6700 |
| acostigan@freeborn.com | Sarkozi@thsh.com |
| | Shea@thsh.com |
| *Counsel for Plaintiffs Wesco Insurance Company and Technology Insurance Company, Inc.* | *Counsel for Defendant Personnel Staffing Group, LLC* |

SO ORDERED:

/s/ Paul G. Gardephe        Aug. 5, 2019
_____
Hon. Paul G. Gardephe
United States District Judge