UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE COMP ANY and
TECHNOLOGY INSURANCE COMP ANY,
INC.,

               Plaintiff,

     v.

PERSONNEL STAFFING GROUP, LLC,

               Defendant.

**ORDER**

18 Civ. 3771 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for April 21, 2020 is adjourned. A conference is scheduled for **June 4, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge