UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESCO INSURANCE COMP ANY and
TECHNOLOGY INSURANCE COMP ANY,
INC.,

              Plaintiff,

   v.

PERSONNEL STAFFING GROUP, LLC,

             Defendant.

**ORDER**

18 Civ. 3771 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action scheduled for June 18, 2020 is adjourned <u>sine die</u>.

Dated: New York, New York
       June 18, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge