**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

WESCO INSURANCE COMPANY, et al.,

                        Plaintiffs,                          18-cv-03771 (PGG) (OTW)

      -against-                            **ORDER**

PERSONNEL STAFFING GROUP, LLC, et al.,

                        Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Settlement Conference on January 21, 2021, which was unsuccessful. The Court will now hold a Status Conference in this matter telephonically on **Tuesday, March 02, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.  Joint status letter to be submitted on February 23, 2021.

       **SO ORDERED.**

                                                                            *s/ Ona T. Wang*

Dated: January 26, 2021                                          **Ona T. Wang**
New York, New York                                  United States Magistrate Judge