**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

WESCO INSURANCE COMPANY, et al.,

                     Plaintiffs,           18-cv-03771 (PGG) (OTW)

      -against-           **ORDER**

PERSONNEL STAFFING GROUP, LLC, et al.,

                     Defendants.

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court held a status conference in this matter on March 2, 2021. Pursuant to the directions given at the conference, by **March 9, 2021,** Plaintiffs are directed to file a letter, not exceeding three single-spaced pages, setting forth whether they seek to amend their complaint to add additional breach of contract allegations, and, if so, setting forth a proposed briefing schedule. Defendants shall not file a response unless ordered to do so by the Court.

      **SO ORDERED.**

                                                                                                                     *s/ Ona T. Wang*

Dated: March 3, 2021                                                                              **Ona T. Wang**
New York, New York                                                        United States Magistrate Judge