UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WESCO INSURANCE COMPANY, et al.,

                         Plaintiffs,                    18-cv-03771 (PGG) (OTW)

      -against-                           **ORDER**

PERSONNEL STAFFING GROUP, LLC, et al.,

                        Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to ECF 88 and 90, Plaintiffs served subpoenas on five of Defendant's staffing company customers. Fact discovery is closed. (ECF 86). Accordingly, by **October 14, 2021**, the parties shall file a joint letter informing the Court whether they request another Pre-Settlement Conference Scheduling Call with the undersigned or intend to move for summary judgment before Judge Gardephe. The letter shall include proposed dates for the call and/or deadlines.

**SO ORDERED.**

Dated: October 4, 2021  
New York, New York

                                                          *s/ Ona T. Wang*  
                                                          **Ona T. Wang**  
                                                          United States Magistrate Judge